# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0294
LT Case No. 35-2023-CF-366-B

———————————————

SHERROD LEQUAN WHILEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Lake County.
Heidi Davis, Judge.

Matthew J. Metz, Public Defender, and John M. Selden,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa
V. Giles, Assistant Attorney General, Daytona Beach, for
Appellee.

December 2, 2025

PER CURIAM.

AFFIRMED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____